■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD HENDRICKS, Appellant. [782 NYS2d 643]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 22, 1999 (*People v Hendricks,* 266 AD2d 473 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered August 19, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Florio and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME HOWELL, Appellant. [782 NYS2d 642]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Silverman, J.), rendered June 19, 2000, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve his contention that the Supreme Court gave an insufficient jury charge with respect to murder in the second degree (*see People v Chin,* 67 NY2d 22 [1986]). In any event, this contention is without merit. The charge, as a whole, adequately conveyed to the jury all of the elements of murder in the second degree (*see People v Coleman,* 70 NY2d 817 [1987]; *People v Knight,* 261 AD2d 487 [1999]). Accordingly, the challenged charge did not deprive the defendant of a fair trial (*see People v Slacks,* 225 AD2d 805 [1996], *affd* 90 NY2d 850 [1997]). Florio, J.P., Luciano, Schmidt and Rivera, JJ., concur.